# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DALE JACKSON                                                                      PLAINTIFF

v.                                    3:17cv00340-DPM-JJV

GREENE COUNTY JAIL; *et al.*                                    DEFENDANTS

## **PROPOSED FINDINGS AND RECOMMENDATIONS**

## **INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge D.P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Dale Jackson ("Plaintiff") filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983, without prepayment of the $400.00[1] filing fee or an Application to Proceed Without Prepayment of Fees and Affidavit.  (Doc. No. 1.)  On December 29, 2017, I ordered Plaintiff to submit either the statutory filing fee of $400.00 or a properly completed Application to Proceed Without Prepayment of Fees and Affidavit, with the required calculation sheet signed by an authorized official of the detention center at which he is confined, within thirty (30) days.  (Doc. No. 2.)  A blank Application to Proceed Without Prepayment of Fees and Affidavit and a filing fee calculation sheet were mailed to Plaintiff on that same date.

The deadline has passed, and Plaintiff has not complied with or otherwise responded to that Order.  Although he returned the blank calculation sheet, saying "they said they won't fill out," he did not return his portion of the Application.  (Doc. No. 3 at 1.)  Title 28 U.S.C. § 1915(a)(1) requires an "affidavit that includes a statement of all assets such prisoner possesses

---

[1] Effective May 1, 2013, the cost for filing a new civil case is $400.  The increase is due to a new $50 administrative fee, which does not apply to persons granted *in forma pauperis* status under 28 U.S.C. § 1915.

that the person is unable to pay such fees or give security therefor." Plaintiff has not provided the required affidavit. Therefore, his Complaint should be dismissed without prejudice. Plaintiff should file either an Application to Proceed Without Prepayment of Fees and Affidavit or the filing fee with his objections to this recommendation.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 9th day of February, 2018.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE