# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DALE JACKSON**                                                      **PLAINTIFF**

v.                              No. 3:17-cv-340-DPM

**GREENE COUNTY JAIL and GREENE**
**COUNTY SHERIFF'S DEPARTMENT**                                       **DEFENDANTS**

## ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Jackson's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 March 2018