# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DALE JACKSON                                                    PLAINTIFF

v.                          No. 3:17-cv-340-DPM

GREENE COUNTY JAIL and GREENE
COUNTY SHERIFF'S DEPARTMENT                                    DEFENDANTS

## JUDGMENT

Jackson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 March 2018